■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD GAST, Appellant. (Appeal No. 1.) [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered December 4, 2006. The judgment convicted defendant, upon his plea of guilty, of forgery in the second degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD GAST, Appellant. (Appeal No. 2.) [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered December 4, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal mischief in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Green and Gorski, JJ.